Barry Allen **BOYD**, Petitioner–
Appellant,

v.

Alton **BASKERVILLE**, Warden,
Powhatan Correctional Center,
Respondent–Appellee.

No. 00–7792.

United States Court of Appeals,
Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Barry Allen Boyd, pro se.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Barry Allen Boyd seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Boyd v. Baskerville,* No. CA–00–882–7 (W.D.Va. Dec. 7, 2000). We deny Boyd's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*